IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| ERIN BABYLON, | * |
| Plaintiff, | * |
| v. | Case No. 3:19-cv-85-CAR |
| | * |
| JUSTIN MARTIN, PATRICK McLAUGHLIN and JAMIE KITCHEN, | * |
| Defendants. | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated February 25, 2021, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Defendant. Plaintiff shall recover nothing of Defendants. Defendants shall also recover costs of this action.

This 25th day of February, 2021.

David W. Bunt, Clerk

s/ Gail G. Sellers, Deputy Clerk